# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

DENNIS IMWALLE,

        **Plaintiff,**

-vs-                                          Case No.    C-1-04-275

RELIANCE MEDICAL PRODUCTS INC.,  et al

        **Defendant,**

## AMENDED JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| x | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its special verdicts. |
| | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

     Pursuant to the Special Verdicts returned and entered on May 10, 2006.  Judgment is hereby granted in favor of Plaintiff and against Defendants' in the amount of $185,000.00 plus attorney fees, cost and interest at the federal rate from date of judgment.

Date:   May 11, 2006                                            JAMES BONINI.,  CLERK

                                                                   By:s/   Darlene Maury
                                                                     Darlene Maury, Deputy Clerk